## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 15 B 25228 |
| Kareem A. Lee and Chenice Laury, | ) | HON. DEBORAH L. THORNE |
| | ) | CHAPTER 13 |
| DEBTORS. | ) | |

### NOTICE OF MOTION

TO:    Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604, via electronic court notification;

See attached service list.

Please take notice that on May 15, 2019, at 9:30 A.M., in courtroom 613 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604, I shall appear before the HONORABLE Deborah L. Thorne or before any judge sitting in his place and stead and shall then and there present the attached Motion at which place and time you may appear if you see fit.

### PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on April 4, 2019.

/s/ *Roger Leshinsky* _____
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 15-25228<br>Northern District of Illinois<br>Eastern Division<br>Thu Apr  4 10:39:43 CDT 2019 | ECMC<br>P.O. Box 16408<br>ST. PAUL, MN 55116-0408 | First Associates Loan Servicing, LLC<br>P.O. Box 503430<br>San Diego, CA 92150-3430 |
| Recovery Management Systems Corporation<br>25 SE Second Avenue Suite 1120<br>Miami, FL 33131-1605 | Rent-A-Center, Inc.<br>4407 W 5th Ave<br>Gary, IN 46406-1830 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Afni, Inc.<br>Po Box 3097<br>Bloomington, IL 61702-3097 | Allianceone<br>4850 E Street Rd Ste 300<br>Trevose, PA 19053-6643 | Ars<br>1801 Nw 66th Ave<br>Fort Lauderdal, FL 33313-4571 |
| Capital Recovery V, LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corp.<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Cci<br>Contract Callers I<br>Augusta, GA 30901 |
| Cda/pontiac<br>Attn:Bankruptcy<br>Po Box 213<br>Streator, IL 61364-0213 | Chase Auto Finance<br>P O Box 9001937<br>Louisville, KY 40290-1937 | Condor Capital Corp<br>165 Oser Ave<br>Hauppauge, NY 11788-3710 |
| Crd Prt Asso<br>Attn: Bankruptcy<br>Po Box 802068<br>Dallas, TX 75380-2068 | ER Solutions/Convergent Outsourcing, INC<br>Po Box 9004<br>Renton, WA 98057-9004 | Eastern Account System INC.<br>Attn: Bankruptcy Dept.<br>Po Box 837<br>Newtown, CT 06470-0837 |
| First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | Harris<br>Harris & Harris, Ltd.<br>111 W Jackson Blvd 400<br>Chicago, IL 60604-4135 | Illinois Tollway<br>Attn: Legal Dept<br>2700 Ogden Ave<br>Downers Grove, IL 60515-1703 |
| MCOA<br>Village of East Hazel Crest<br>Municipal Collections of America Inc<br>3348 Ridge Rd<br>Lansing, Il 60438-3112 | MIDWEST EMERGENCY ASSOCIATES,LTD<br>6681 Country Club Drive<br>Golden Valley, MN 55427-4601 | Mcsi Inc<br>Po Box 327<br>Palos Heights, IL 60463-0327 |
| Municollofam<br>3348 Ridge Road<br>Lansing, IL 60438-3112 | Navient<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 | Navient Solutions, Inc. on behalf of GLHEC<br>2401 International Lane<br>Madison, WI 53704-3121 |
| Nicor<br>P.O. Box 2020<br>Aurora, IL 60507-2020 | PLS<br>1 S Wacker<br>Chicago, IL 60606-4603 | Porania LLC<br>P. O. Box 11405<br>Memphis, TN 38111-0405 |

| | | |
|---|---|---|
| Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4952 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bank, LLC<br>c o Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Premier Bankcard, Llc<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Regional Recovery Serv<br>5252 Hohman<br>Hammond, IN 46320-1723 | Security Credit Servic<br>Po Box 1156<br>Oxford, MS 38655-1156 |
| The Payday Loan Store<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | nicor gas<br>po box 549<br>Aurora il 60507-0549 | Aaron M Weinberg<br>The Semrad Law Firm, LLC<br>20 S. Clark St.<br>28th Floor<br>Chicago, IL 60603-1811 |
| Chenice Laury<br>15810 Willard Ave<br>Harvey, IL 60426-5128 | Kareem A. Lee<br>15810 Willard Ave<br>Harvey, IL 60426-5128 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 |
| Patrick Semrad<br>The Semrad Law Firm, LLC<br>20 S. Clark St, 28th Floor<br>Chicago, IL 60603-1811 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Rodion Leshinsky<br>The Semrad Law Firm, LLC<br>20 S. Clark Street, 28th Floor<br>Chicago, IL 60603-1811 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Portfolio Recovery Associates, LLC<br>successor to CAPITAL ONE BANK (USA), N.A<br>(ORCHARD BANK)<br>POB 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>successor to CAPITAL ONE BANK (USA), N.A<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)ECMC<br>PO BOX 16408<br>ST. PAUL, MN 55116-0408 | (d)First Associates Loan Servicing, LLC<br>P.O. Box 503430<br>San Diego, CA 92150-3430 | (d)Rent A Center<br>4407 W 5th Ave<br>Gary, IN 46406-1830 |

End of Label Matrix
Mailable recipients    44
Bypassed recipients     3
Total                  47

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 15 B 25228 |
| Kareem A. Lee and Chenice Laury, ) | HON. DEBORAH L. THORNE |
| ) | CHAPTER 13 |
| DEBTORS. ) | |

## MOTION TO MODIFY PLAN

NOW COMES the Debtors, Kareem A. Lee and Chenice Laury, by and through Debtors' attorneys, The Semrad Law Firm, LLC hereby moves this Honorable Court to Modify the confirmed Chapter 13 Plan, Debtors state the following:

1. On July 24, 2015, Debtors filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. On September 17, 2015, this Honorable Court confirmed the Debtors' Chapter 13 Plan.

3. The Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 10% of their allowed claims.

4. The Chapter 13 Plan requires the debtor to make plan payments to the Chapter 13 Trustee in the amount of $515.00 monthly for 36 months.

5. Mr. Lee's employment with Securitas USA ceased towards the end of January 2019. Mr. Lee was hired by Titan Security Services, Inc. near the end of February 2019. Due to the approximate one-month lapse in income, debtors accrued a plan payment default. Debtors are now in a position to make regular and ongoing trustee payments.

6. On April 4, 2019, Debtors' counsel filed an amended payroll order.

7. If the current default is deferred, the debtors will be able to resume making regular payments.

8. There is room in the plan to complete the case if the default is deferred.

9. Debtors respectfully request this Honorable Court to defer the current default to the end of the plan reorganization.

10. Debtors are in a position to proceed with the instant case.

11. Debtors filed the instant case in good faith and intend to complete the plan of reorganization.

WHEREFORE, the Debtors pray this Honorable Court for the following relief:

A. That this Honorable Court to defer the current default to the end of the plan reorganization; and

B. For such other and further relief as the Court deems fair and proper.

Respectfully submitted,

*/s/ Roger Leshinsky* _ ___
*Attorney for Debtor*

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625