To view the full contents of this document, you need a later version of the PDF viewer. You can upgrade to the latest version of Adobe Reader from www.adobe.com/products/acrobat/readstep2.html

For further support, go to www.adobe.com/support/products/acrreader.html

Case 15-25228    Doc 48-1    Filed 04/04/19    Entered 04/04/19 11:44:48    Desc Proposed Order    Page 1 of 1